*OLF3 (Official Local Form 3)*
*Effective December 1, 2017*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In re:                                                                    Case No.:   **18-12047**

    **John P. Ridlon**                                           Chapter 13
          Debtor(s)

### CHAPTER 13 PLAN

*Check one.* This plan is:

- [x] Original
- [ ] Amended *(Identify First, Second, Third, etc.)*
- [ ] Postconfirmation *(Date Order Confirming Plan Was Entered:* _____ )

Date this plan was filed:   **July 6, 2018** _____

---

## PART 1:                                             NOTICES

**TO ALL INTERESTED PARTIES:**

You should review carefully the provisions of this Plan as your rights may be affected. In the event the Court enters an order confirming this Plan, its provisions may be binding upon you. The provisions of this Plan are governed by statutes and rules of procedure, including Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P."), the Massachusetts Local Bankruptcy Rules ("MLBR"), and, in particular, the Chapter 13 rules set forth in Appendix 1 of MLBR, all of which you should consult.

**TO CREDITORS:**

Your rights may be affected by this Plan. Your claim may be reduced, modified, or eliminated. Read this Plan carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one. If you oppose this Plan's treatment of your claim or any other provision of this Plan, you or your attorney **must** file with the Court an objection to confirmation on or before the later of (i) thirty (30) days after the date on which the first Meeting of Creditors pursuant to 11 U.S.C. § 341 is held or (ii) thirty (30) days after service of an amended or modified Plan, unless the Court orders otherwise. A copy of your objection must be served on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee (the "Trustee"). The Bankruptcy Court may confirm this Plan if no objection to confirmation is filed or if it overrules an objection to confirmation. You have received or will receive a Notice of Chapter 13 Bankruptcy Case from the Bankruptcy Court which sets forth certain deadlines, including the bar date for filing a Proof of Claim. **To receive a distribution, you must file a Proof of Claim.**

**TO DEBTOR(S):**

You (or your attorney) are required to serve a copy of this Plan on all creditors in the manner required under the Bankruptcy Code, the Fed. R. Bankr. P., and MLBR. Unless the Court orders otherwise, you must commence making payments not later than the earlier of (i) thirty (30) days after the date of the filing of this Plan or (ii) thirty (30) days after the order for relief. **You must check a box on each line below to state whether or not this Plan includes one or more of the following provisions. If you check the provision "Not Included," if you check both boxes, or if you do not check a box, any of the following provisions will be void if set forth later in this Plan. Failure to properly complete this section may result in denial of confirmation of this Plan.**

#### FOR EACH LINE BELOW, DO NOT CHECK BOTH BOXES; DO NOT LEAVE BOTH BOXES BLANK.

| 1.1 | A limit on the amount of a secured claim, set out in Part 3.B.1, which may result in a partial payment or no payment at all to the secured creditor. | [x] Included | [ ] Not Included |
|-----|-----|-----|-----|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Part 3.B(3). | [x] Included | [ ] Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | [ ] Included | [x] Not Included |

---

## PART 2:                                 PLAN LENGTH AND PAYMENTS

**A.**   **LENGTH OF PLAN:**

- [ ] 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
- [ ] 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

- [x] 60 Months. 11 U.S.C. § 1322(d)(2). The Debtor(s) states the following cause: Due to Feasibility.

_____

**B.**   **PROPOSED MONTHLY PAYMENTS:**

| Monthly Payment Amount | Number of Months |
|-----|-----|
| $383.00 | 60 |

**C.**    **ADDITIONAL PAYMENTS:**

*Check one.*

☑    **None.** *If "None" is checked, the rest of Part 2.C need not be completed and may be deleted from this Plan.*

**The total amount of Payments to the Trustee [B+C]:**                    $22,980.00.
*This amount must be sufficient to pay the total cost of this Plan in Exhibit 1, Line h.*

| PART 3: | SECURED CLAIMS |
|---------|----------------|

☐    **None.** *If "None" is checked, the rest of Part 3 need not be completed and may be deleted from this Plan.*

**A.**    **CURE OF DEFAULT AND MAINTENANCE OF PAYMENTS:**

*Check one.*

☐    **None.** *If "None" is checked, the rest of Part 3.A need not be completed and may be deleted from this Plan.*
☑    **Any Secured Claim(s) in default shall be cured and payments maintained as set forth in (1) and/or (2) below.**
     *Complete (1) and/or (2).*

**(1) PREPETITION ARREARS TO BE PAID THROUGH THIS PLAN**

Prepetition arrearage amounts are to be paid through this Plan and disbursed by the Trustee. Unless the Court orders otherwise, the amount(s) of prepetition arrears listed in an allowed Proof of Claim controls over any contrary amount(s) listed below. Unless the Court orders otherwise, if relief from the automatic stay is granted as to any collateral listed in this paragraph, all payments paid through this Plan as to that collateral will cease upon entry of the order granting relief from stay.

(a) <u>Secured Claim(s) (Principal Residence)</u>
Address of the Principal Residence:    **1639 Main Street South Weymouth, MA 02190**
The Debtor(s) estimates that the fair market value of the Principal Residence is: $    **233,986.00**

| Name of Creditor | Type of Claim (*e.g., mortgage, lien*) | Amount of Arrears |
|------------------|----------------------------------------|-------------------|
| **Specialized Loan Servicing** | **Mortgage** | **1639 Main Street South Weymouth, MA 02190  Norfolk County** | **$15,982.45** |

Total of prepetition arrears on Secured Claim(s) (Principal Residence): $**15,982.45**

(b) <u>Secured Claim(s) (Other)</u>

| Name of Creditor | Type of Claim | Description of Collateral (*or address of real property*) | Amount of Arrears |
|------------------|---------------|-----------------------------------------------------------|-------------------|
|  |  |  |  |

Total of prepetition arrears on Secured Claim(s) (Other): $**0.00**
**Total prepetition arrears to be paid through this Plan [(a) + (b)]: $15,982.45**

**(2) MAINTENANCE OF CONTRACTUAL INSTALLMENT PAYMENTS (TO BE PAID DIRECTLY TO CREDITORS):**

Contractual installment payments are to be paid <u>directly</u> by the Debtor(s) to creditor(s). The Debtor(s) will maintain the contractual installment payments as they arise postpetition on the secured claims listed below with any changes required by the applicable contract and noticed in conformity with any applicable rules.

| Name of Creditor | Type of Claim | Description of Collateral |
|------------------|---------------|---------------------------|
| **Specialized Loan Servicing** | **Mortgage** | **1639 Main Street South Weymouth, MA 02190  Norfolk County** |

**B.**    **MODIFICATION OF SECURED CLAIMS:**

*Check one.*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☐  **None.** *If "None" is checked, the rest of Part 3.B need not be completed and may be deleted from this Plan.*

☑  **Secured Claim(s) are modified as set forth in 1, 2, and/or 3 below.** *Complete 1, 2, and/or 3 below.*

### (1) REQUEST FOR VALUATION OF SECURITY, PAYMENT OF FULLY SECURED CLAIMS, AND MODIFICATION OF UNDERSECURED CLAIMS UNDER 11 U.S.C. § 506:

☐  **None.** *If "None" is checked, the rest of Part 3.B.1 need not be completed and may be deleted from this Plan.*

***The following Plan provisions of this Part 3.B.1 are effective only if the box "Included" in Part 1, Line 1.1 is checked.***

The Debtor(s) requests that the Court determine the value of the lien of the following secured claim(s). For each secured claim listed below, the Debtor(s) states that the amount of the secured claim is as set out in the column headed "Secured Claim Amount." For each listed claim, the allowed amount of the secured claim will be paid in full with interest at the rate stated below, and the creditor will retain its lien to the extent of the value of the lien securing the creditor's allowed secured claim.

Unless the Court orders otherwise, the amount of a modified secured claim held by a nongovernmental creditor, as described in this Plan and treated below, is binding on the creditor and the Debtor(s) upon confirmation of this Plan, even if the creditor has filed a Proof of Claim setting forth a different amount.

Unless the Court orders otherwise, the amount of a secured claim of a governmental unit listed in an allowed Proof of Claim controls over any contrary amount listed below. The amount of a secured claim of a governmental unit may NOT be determined through this Plan.

An allowed claim of a creditor whose claim is secured by a lien on property in which the estate has an interest is a secured claim to the extent of the value of the creditor's interest, and is an unsecured claim to the extent that the value of such creditor's interest is less than the amount of the allowed claim. The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim in Part 5 of this Plan. If the secured claim amount is listed below as having NO value, the creditor's allowed claim will be treated in its entirety as an unsecured claim in Part 5 of this Plan.

*In the description of collateral, include the registry of deeds/land court recording information for any real property for which you are modifying a secured claim.*

| Name of Creditor | Description and Value of Collateral | Secured Claim Amount | Amount of Senior Liens | Interest Rate | Total Claim |
|---|---|---|---|---|---|
| Rockland Federal Credit Union | 2003 Dodge Ram 271,000 miles 4700 | $2,500.00 | $0.00 | 4.75% | $2,826.59 |

**Total Claim(s) under Part 3.B.1 to be paid through this Plan: $2,826.59**

### (2) SECURED CLAIMS EXCLUDED FROM 11 U.S.C. § 506:

☑  **None.** *If "None" is checked, the rest of Part 3.B.2 need not be completed and may be deleted from this Plan.*

### (3) LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f):

☐  **None.** *If "None" is checked, the rest of Part 3.B.3 and Exhibits 3 and 4 need not be completed and may be deleted from this Plan.*

***The following Plan provisions of Part 3.B.3 are effective only if the box "Included" in Part 1, Line 1.2 is checked.***

The judicial lien(s) and/or nonpossessory, nonpurchase-money security interest(s) securing the claim(s) listed below impairs exemptions to which the Debtor(s) would have been entitled under 11 U.S.C. § 522(b).

Subject to 11 U.S.C. § 349(b), a judicial lien or nonpossessory, nonpurchase-money security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the Order confirming this Plan. The amount of the judicial lien or nonpossessory, nonpurchase-money security interest that is avoided will be treated as a nonpriority unsecured claim in Part 5 if a Proof of Claim has been filed and allowed. The amount, if any, of the judicial lien or nonpossessory, nonpurchase-money security interest that is not avoided will be paid in full as a secured claim under this Plan provided a Proof of Claim is filed and allowed.

*For each judicial lien that the Debtor(s) seeks to avoid, the Debtor(s) shall include the information below. The Debtor(s) also shall complete the chart set forth in Exhibit 3 to this Plan and shall attach to Exhibit 3 a true and accurate copy of the document evidencing such judicial lien as filed or recorded with filing or recording information included. The Debtor(s) shall include the evidentiary basis for the valuation asserted. For each judicial lien that the Debtor(s) seeks to avoid, the Debtor(s) shall provide a proposed form(s) of order as Exhibit 4 conforming to Official Local Form 21A. If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table in Exhibit 3 for each lien, and identify the tables as Exhibit 3.1, 3.2, etc.*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

*The claim(s) identified below must also be set forth in Exhibit 3.*

| Name of Creditor | Exhibit Table (*e.g., 3.1, 3.2, 3.3*) |
|---|---|
| **Equable Ascent Financial LLC** | **3.1** |
| **Midland Funding** | **3.2** |

**Total Claim(s) under Part 3.B.3 to be paid through this Plan: $0.00**

**C.     SURRENDER OF COLLATERAL:**

*Check one.*

☑     **None.** *If "None" is checked, the rest of Part 3.C need not be completed and may be deleted from this Plan.*

| PART 4: | PRIORITY CLAIMS |
|---|---|

*Check one*

☐     **None.** *If "None" is checked, the rest of Part 4 need not be completed and may be deleted from this Plan.*

☑     **The following priority claim(s) will be paid in full without postpetition interest. Unless the Court orders otherwise, the amount of the priority portion of a filed and allowed Proof of Claim controls over any contrary amount listed below.**

**A.     DOMESTIC SUPPORT OBLIGATIONS:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | |

**B.     OTHER PRIORITY CLAIMS (Except Administrative Expenses):**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | |

**Total of Priority Claim(s) (except Administrative Expenses) to be paid through this Plan: $0.00**

**C.     ADMINISTRATIVE EXPENSES:**

**(1) ATTORNEY'S FEES:**

| Name of Attorney | Attorney's Fees |
|---|---|
| **Richard D. Smeloff 567869** | **$1,000.00** |

If the attorney's fees exceed the amount set forth in MLBR, Appendix 1, Rule 13-7, the Trustee may not pay any amount exceeding that sum until such time as the Court approves a fee application. If no fee application is approved, any plan payments allocated to attorney's fees in excess of MLBR Appendix 1, Rule 13-7 will be disbursed to other creditors up to a 100% dividend.

**(2) OTHER (*Describe*):**

| -NONE- |
|---|
| |

**Total Administrative Expenses (excluding the Trustee's Commission) to be paid through this Plan [(1) + (2)]: $1,000.00**

**(3) TRUSTEE'S COMMISSION:**

The Debtor shall pay the Trustee's commission as calculated in Exhibit 1.

The Chapter 13 Trustee's fee is determined by the United States Attorney General. The calculation of the Plan payment set forth in Exhibit 1, Line (h) utilizes a 10% Trustee's commission. In the event the Trustee's commission is less than 10%, the additional funds collected by the Trustee, after payment of any allowed secured and priority claim(s), and administrative expense(s) as provided for in this Plan, shall be disbursed to nonpriority

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

unsecured creditors up to 100% of the allowed claims.

## PART 5:                      NON PRIORITY UNSECURED CLAIMS

*Check one.*

☐ **None.** *If "None" is checked, the rest of Part 5 need not be completed and may be deleted from this Plan.*
☑ **Any allowed nonpriority unsecured claim(s) other than those set forth in Part 5.F will be paid as stated below. Only a creditor holding an allowed claim is entitled to a distribution.**

☑ Fixed Amount ("Pot Plan"): each creditor with an allowed claim shall receive a pro rata share of $ **872.96** , which the Debtor(s) estimates will provide a dividend of **2.05** %.

☐ Fixed Percentage: each creditor with an allowed claim shall receive no less than **2** % of its allowed claim.

**A.**    **GENERAL UNSECURED CLAIMS:**                                                       $**32,518.74**

**B.**    **UNSECURED OR UNDERSECURED CLAIMS AFTER MODIFICATION IN PART 3.B OR 3.C:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Equable Ascent Financial LLC | 1639 Main Street South Weymouth, MA 02190  Norfolk County | $1,794.32 |
| Midland Funding | 1639 Main Street South Weymouth, MA 02190  Norfolk County | $8,297.42 |

**C.**    **NONDISCHARGEABLE UNSECURED CLAIMS** (*e.g., student loans*):

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

**D.**    **CLAIMS ARISING FROM REJECTION OF EXECUTORY CONTRACTS OR LEASES:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | |

**E.**    **TOTAL TO BE PAID TO NONPRIORITY UNSECURED CREDITORS THROUGH THIS PLAN:**

**The amount paid to nonpriority unsecured creditor(s) is not less than that required under the Liquidation Analysis set forth in Exhibit 2.**

**Total Nonpriority unsecured Claims [A + B + C + D]: $42,610.48**

Enter Fixed Amount (Pot Plan) or multiply total nonpriority unsecured claim(s) by Fixed Percentage and enter that amount: **$872.96**

**F.**    **SEPARATELY CLASSIFIED UNSECURED CLAIMS** (*e.g., co-borrower*):

| Name of Creditor | Description of Claim | Amount of Claim | Treatment of Claim | Basis for Separate Classification |
|---|---|---|---|---|
| -NONE- | | | | |

**Total of separately classified unsecured claim(s) to be paid through this Plan: $0.00**

## PART 6:                 EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Check one.*

☑ **None.** *If "None" is checked, the rest of Part 6 need not be completed and may be deleted from this Plan.*

## PART 7:                 POSTCONFIRMATION VESTING OF PROPERTY OF THE ESTATE

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

If the Debtor(s) receives a discharge, property of the estate will vest in the Debtor(s) upon entry of the discharge. If the Debtor(s) does not receive a discharge, property of the estate will vest upon the earlier of (i) the filing of the Chapter 13 Standing Trustee's Final Report and Account and the closing of the case or (ii) dismissal of the case.

## PART 8:                         NONSTANDARD PLAN PROVISIONS

☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed and may be deleted from this Plan.*

☐ **This Plan includes the following nonstandard provisions.** *Under Fed. R. Bankr. P. 3015(c), each nonstandard provision must be set forth below in a separately numbered sentence or paragraph. A nonstandard provision is a provision not otherwise included in Official Local Form 3, or which deviates from Official Local Form 3. Nonstandard provisions set forth elsewhere in this Plan are ineffective. To the extent the provisions in Part 8 are inconsistent with other provisions of this Plan, the provisions of Part 8 shall control if the box "Included" is checked in Part 1, Line 1.3.*

## PART 9:                                    SIGNATURES

By signing this document, Debtor(s) acknowledges reviewing and understanding the provisions of this Plan and the Exhibits filed as identified below.

By signing this document, the Debtor(s) and, if represented by an attorney, the attorney for the Debtor(s), certifies that the wording and order of the provisions in this Plan are identical to those contained in Official Local Form 3, including the Exhibits identified below, other than any Nonstandard Plan Provisions in Part 8.

| | |
|---|---|
| **/s/ John P. Ridlon** | **July  5, 2018** |
| **John P. Ridlon** | Date |
| Debtor | |
| | |
| Debtor | Date |

| | | |
|---|---|---|
| **/s/ Richard D. Smeloff** | Date | **July  5, 2018** |

Signature of attorney for Debtor(s)
**Richard D. Smeloff 567869
567869 MA
Smeloff & Associates
500 Granite Ave
Suites 7&8
Milton, MA 02186
617-690-2124
rsmeloff@msn.com**

The following Exhibits are filed with this Plan:
☑ **Exhibit 1: Calculation of Plan Payment***
☑ Exhibit 2: Liquidation Analysis*
☑ Exhibit 3: Table for Lien Avoidance under 11 U.S.C. § 522(f)**
☑ Exhibit 4: [Proposed] Order Avoiding Lien Impairing Exemption**

| |
|---|
| *List additional exhibits if applicable.* |
| |

*Denotes a required Exhibit in every plan
**Denotes a required Exhibit if the box "Included" is checked in Part 1, Line 1.2.

**Total number of Plan pages, included Exhibits:** 13

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

### EXHIBIT 1

### CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| a) | Secured claims (Part 3.A and Part 3.B.1-3 Total): | **$18,809.04** |
| b) | Priority claims (Part 4.A and Part 4.B Total): | **$0.00** |
| c) | Administrative expenses (Part 4.C.1 and 4.C.2 Total): | **$1,000.00** |
| d) | Nonpriority unsecured claims (Part 5.E Total): | **$872.96** |
| e) | Separately classified unsecured claims (Part 5.F Total): | **$0.00** |
| f) | Executory contract/lease arrears claims (Part 6 Total): | **$0.00** |
| g) | Total of (a) + (b) + (c) + (d) + (e) + (f): | **$20,682.00** |
| h) | Divide (g) by .90 for total Cost of Plan including the Trustee's fee: | **$22,980.00** |
| i) | Divide (h), Cost of Plan, by term of Plan, **60** months: | **$383.00** |
| j) | Round **up** to the nearest dollar amount for Plan payment: | **$383.00** |

*If this is either an amended Plan and the Plan payment has changed, or if this is a postconfirmation amended Plan, complete(a) through (h) only and the following*:

| | | |
|---|---|---|
| k) | Enter total amount of payments the Debtor(s) has paid to the Trustee: | |
| l) | Subtract line (k) from line (h) and enter amount here: | |
| m) | Divide line (l) by the number of months remaining ( months): | |
| n) | Round up to the nearest dollar amount for amended Plan payment: | |

Date the amended Plan payment shall begin: _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT 2**

**LIQUIDATION ANALYSIS**

## A. REAL PROPERTY

| Address<br>(*Sch. A/B, Part 1*) | Value<br>(*Sch. A/B, Part 1*) | Lien<br>(*Sch. D, Part 1*) | Exemption<br>(*Sch. C*) |
|---|---|---|---|
| **1639 Main Street South Weymouth, MA 02190 Norfolk County** | **233,986.00** | **245,731.74** | **125,000.00** |

| | |
|---|---|
| Total Value of Real Property (*Sch. A/B, line 55*): | $ 233,986.00 |
| Total Net Equity for Real Property (*Value Less Liens*): | $ 0.00 |
| Less Total Exemptions for Real Property (*Sch. C*): | $ 0.00 |
| Amount Real Property Available in Chapter 7: | $ 0.00 |

## B. MOTOR VEHICLES

| Make, Model and Year<br>(*Sch. A/B, Part 2*) | Value<br>(*Sch. A/B, Part 2*) | Lien<br>(*Sch. D, Part 1*) | Exemption<br>(*Sch. C*) |
|---|---|---|---|
| **2003 Dodge Ram 271,000 miles** | **4,700.00** | **2,500.00** | **2,200.00** |

| | |
|---|---|
| Total Value of Motor Vehicles (*Sch. A/B, line 55*): | $ 4,700.00 |
| Total Net Equity for Motor Vehicles (*Value Less Liens*): | $ 2,200.00 |
| Less Total Exemptions for Motor Vehicles (*Sch. C*): | $ 2,200.00 |
| Amount Motor Vehicle Available in Chapter 7: | $ 0.00 |

## C. ALL OTHER ASSETS (*Sch. A/B Part 2, no. 4; Part 3 through Part 7. Itemize.*)

| Asset | Value | Lien<br>(*Sch. D, Part 1*) | Exemption<br>(*Sch. C*) |
|---|---|---|---|
| **11' Utility Trailer** | **2,000.00** | **0.00** | **2,000.00** |
| **Household Furnishings** | **3,500.00** | **0.00** | **3,500.00** |
| **Misc. Electronics** | **500.00** | **0.00** | **500.00** |
| **Clothing** | **3,000.00** | **0.00** | **3,000.00** |
| **Misc. Jewelry** | **200.00** | **0.00** | **200.00** |
| **Cash** | **25.00** | **0.00** | **25.00** |
| **Business Checking: Citizen's Bank** | **3.00** | **0.00** | **3.00** |
| **Checking: Eastern Savings Bank** | **500.00** | **0.00** | **500.00** |
| **Business Checking: Eastern Savings Bank** | **4.00** | **0.00** | **4.00** |
| **D/B/A The Rock Block** | **0.00** | **0.00** | **0.00** |
| **Misc. Music Equipment** | **2,500.00** | **0.00** | **2,500.00** |

| | |
|---|---|
| Total Value of All Other Assets: | $ 12,232.00 |
| Total Net Equity for All Other Assets (*Value Less Liens*): | $ 12,232.00 |
| Less Total Exemptions for All Other Assets: | $ 12,232.00 |
| Amount of All Other Assets Available in Chapter 7: | $ 0.00 |

## D. SUMMARY OF LIQUIDATION ANALYSIS

| Amount available in Chapter 7 | Amount |
|---|---|
| A. Amount Real Property Available in Chapter 7 (*Exhibit 2, A*) | $ 0.00 |
| B. Amount Motor Vehicles Available in Chapter 7 (*Exhibit 2, B*) | $ 0.00 |
| C. Amount All Other Assets Available in Chapter 7 (*Exhibit 2, C*) | $ 0.00 |

**TOTAL AVAILABLE IN CHAPTER 7:**    $ _____ 0.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**E. ADDITIONAL COMMENTS REGARDING LIQUIDATION ANALYSIS:**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**EXHIBIT 3.1**
**TABLE FOR LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f)**

*If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table for each lien and identify the table as Exhibit as 3.1, 3.2, etc. to correspond with the list of liens in Part 3.B.3.*

| **Information Regarding Judicial Lien or Security Interest** | | | |
|---|---|---|---|
| Name of Debtor(s):* | **John P. Ridlon** | | |
| Name of Creditor: | **Equable Ascent Financial LLC** | | |
| Collateral: | **1639 Main Street South Weymouth, MA 02190  Norfolk County** | | |
| Lien Identification:** (Such as judgment date, date of lien recording, book and page number.) | **Judgment Lien Judgment Date 1/4/2012 Lien Recorded 7/12/2012 Book 30183 Page 428** | | |
| **Calculation of Lien Avoidance** | | | |
| (a) Amount of lien: | | $ | **1,794.32** |
| (b) Amount of all other liens (exclusive of liens previously avoided or avoided pursuant to this Plan): | | $ | **235,640.00** |
| (c) Value of claimed exemptions: | | $ | **125,000.00** |
| (d) Total (a), (b), and (c): | | $ | **362,434.32** |
| (e) Value of interest in property of the Debtor(s):*** | | $ | **233,986.00** |
| (f) Subtract (e) from line (d): Extent of exemption impairment: (check applicable box below) | | $ | **128,448.32** |
| ✔ The entire lien is avoided as (f) is equal to or greater than (a). (*Do not complete the next section.*) | | | |
| ☐ A portion of the lien is avoided as (f) is less than (a). (*Complete the next section.*) | | | |
| **Treatment of Remaining Secured Claim** | | | |
| Amount of secured claim after avoidance (*subtract (f) from (a)*): | $ | | |
| Interest Rate (if applicable): | % | | |
| Monthly payment on secured claim | $ | | |
| Estimated total payment on secured claim | $ | | |
| *In a joint case, specify whether the lien to be avoided is on an interest of an individual debtor or the joint debtors. | ☐ Individual Debtor | | ☐ Joint Debtors |
| | Name: | | |
| **Attach a true and accurate copy of the document or the instrument evidencing such lien as filed or recorded with filing or recording information included. | | | |
| ***Describe the evidentiary basis for the value of the interest in property of the Debtor(s): | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

*OLF21A (Official Local Form 21A)*

**EXHIBIT 4.1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:                                                                   Case No.:  **18-12047**

       **John P. Ridlon**                                              Chapter 13

                            Debtor(s)

**ORDER AVOIDING LIEN IMPAIRING EXEMPTION\***

Upon consideration of 1) the Chapter 13 Plan (the "Plan"), through which the Debtor(s) made a request to avoid the lien of  **Equable Ascent Financial LLC**   pursuant to 11 U.S.C. § 522(f) as impairing the exemption of the Debtor(s); 2) the calculation of impairment set forth in Exhibit 3 to the Plan; 3) the Schedule of Exemptions filed by the Debtor(s); 4) the absence of an objection to the avoidance of the lien or the Court having overruled any and all objections to the request for lien avoidance in the Plan; 5) the entire record of proceedings in this case; 6) the Confirmation Order; and 7) the provisions of 11 U.S.C. § 522(f)(1) and (2), Fed. R. Bankr. P. 4003 and MLBR 4003-1,

The Court hereby orders and decrees that the lien of  **Equable Ascent Financial LLC**   recorded on 7/12/2012 at Norfolk County Registry of Deds at Book 30183 Page 428 impairs the Debtor(s)' exemption in  **1639 Main Street South Weymouth, MA 02190  Norfolk County**   (the "Exempt Property") and declares that the lien covering the interest in exempt property of the Debtor(s) is avoided in its entirety [or avoided in part].

Pursuant to 11 U.S.C. § 349(b)(1)(B), the avoided lien shall be reinstated if the case is dismissed unless the Court, for cause, orders otherwise.

By the Court,

_____
United States Bankruptcy Judge

*\* This Exhibit may be modified to address each lien listed in Table*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**EXHIBIT 3.2**
**TABLE FOR LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f)**

*If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table for each lien and identify the table as Exhibit as 3.1, 3.2, etc. to correspond with the list of liens in Part 3.B.3.*

| **Information Regarding Judicial Lien or Security Interest** | | |
|---|---|---|
| Name of Debtor(s):* | **John P. Ridlon** | |
| Name of Creditor: | **Midland Funding** | |
| Collateral: | **1639 Main Street South Weymouth, MA 02190  Norfolk County** | |
| Lien Identification:** (Such as judgment date, date of lien recording, book and page number.) | **Judgment Lien** **Judgment Date 2/23/2011** **Recorded Date 4/1/2011** **Book 28709 Page 498** | |
| **Calculation of Lien Avoidance** | | |
| (a) Amount of lien: | $  **8,297.42** | |
| (b) Amount of all other liens (exclusive of liens previously avoided or avoided pursuant to this Plan): | $  **237,434.32** | |
| (c) Value of claimed exemptions: | $  **125,000.00** | |
| (d) Total (a), (b), and (c): | $  **370,731.74** | |
| (e) Value of interest in property of the Debtor(s):*** | $  **233,986.00** | |
| (f) Subtract (e) from line (d): Extent of exemption impairment: (check applicable box below) | $  **136,745.74** | |
| ☑ The entire lien is avoided as (f) is equal to or greater than (a). (*Do not complete the next section.*) | | |
| ☐ A portion of the lien is avoided as (f) is less than (a). (*Complete the next section.*) | | |
| **Treatment of Remaining Secured Claim** | | |
| Amount of secured claim after avoidance (*subtract (f) from (a)*): | $ | |
| Interest Rate (if applicable): | %  | |
| Monthly payment on secured claim | $ | |
| Estimated total payment on secured claim | $ | |
| *In a joint case, specify whether the lien to be avoided is on an interest of an individual debtor or the joint debtors. | ☐ Individual Debtor | ☐ Joint Debtors |
| | Name: | |
| **Attach a true and accurate copy of the document or the instrument evidencing such lien as filed or recorded with filing or recording information included. | | |
| ***Describe the evidentiary basis for the value of the interest in property of the Debtor(s): | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

*OLF21A (Official Local Form 21A)*

**EXHIBIT 4.2**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:                                                                      Case No.:  **18-12047**
     **John P. Ridlon**                                             Chapter 13

                Debtor(s)

**ORDER AVOIDING LIEN IMPAIRING EXEMPTION\***

Upon consideration of 1) the Chapter 13 Plan (the "Plan"), through which the Debtor(s) made a request to avoid the lien of  **Midland Funding**  pursuant to 11 U.S.C. § 522(f) as impairing the exemption of the Debtor(s); 2) the calculation of impairment set forth in Exhibit 3 to the Plan; 3) the Schedule of Exemptions filed by the Debtor(s); 4) the absence of an objection to the avoidance of the lien or the Court having overruled any and all objections to the request for lien avoidance in the Plan; 5) the entire record of proceedings in this case; 6) the Confirmation Order; and 7) the provisions of 11 U.S.C. § 522(f)(1) and (2), Fed. R. Bankr. P. 4003 and MLBR 4003-1,

The Court hereby orders and decrees that the lien of  **Midland Funding**  recorded on 4/1/2011 at Norfolk County Registry of Deeds at Book 28709 Page 498 impairs the Debtor(s)' exemption in  **1639 Main Street South Weymouth, MA 02190  Norfolk County**  (the "Exempt Property") and declares that the lien covering the interest in exempt property of the Debtor(s) is avoided in its entirety [or avoided in part].

Pursuant to 11 U.S.C. § 349(b)(1)(B), the avoided lien shall be reinstated if the case is dismissed unless the Court, for cause, orders otherwise.

By the Court,

_____
United States Bankruptcy Judge

*\* This Exhibit may be modified to address each lien listed in Table*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Bk 30183 Pg428  #81909
07-12-2012 a 02:03p

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 1156SC004442 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME
Equable Ascent Financial, LLC As Assignee of GE v. John Ridlon A/K/A John P Ridlon

JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED
John Ridlon A/K/A John P Ridlon
1639 Main Street
South Weymouth, MA 02190

COURT NAME & ADDRESS
Quincy District Court
One Dennis Ryan Pkwy
Quincy, MA 02169

JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED
Equable Ascent Financial, LLC As Assignee of GE

JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION
Kenneth C Wilson Esq.
Lustig, Glaser & Wilson, P.C.
PO Box 549287
Waltham, MA 02454-9287

FURTHER ORDERS OF THE COURT
A TRUE COPY, ATTEST:
DEPUTY SHERIFF
DATE 7/12/12

TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

WE COMMAND YOU, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---|
| 1. Judgment Total | 1,700.34 |
| 2. Date Judgment Entered | 01/04/2012 |
| 3. Date Execution Issued | 06/20/2012 |
| 4. Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 168 |
| 5. Annual Postjudgment Interest Rate | .12 |
| 6. Postjudgment Interest from Judgment to Execution *(lines 1x4x5)* | $93.98 |
| 7. Postjudgment Costs *(if any)* | $ |
| 8. Credits *(if any)* | $ |
| 9. EXECUTION TOTAL *( Lines 1 + 6 + 7, minus Line 8)* | $1,794.32 |
| LEVYING OFFICER: (a) Add daily interest from date execution issued. | |
| (b) Add your fees as provided by law: | |

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA
CERTIFY
Attur PO Ovnell
WILLIAM P. O'DONNELL, REGISTER

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| WITNESS: Hon. Mark S Coven | 06/20/2012 | X |

039                                    www.mass.gov/courts

176AB757 -2

Bk 30183  Pg 429 #81909





*The Commonwealth of Massachusetts*
*County of Norfolk*
### SHERIFF'S DEPARTMENT
#### Division of Civil Process

2015 Washington Street
P.O. Box 859215
Braintree, MA 02185-9215
Tel. (781) 326-1787 • Fax (781) 326-0288

**Michael G. Bellotti**
*Sheriff*

**Jeffrey J. Nourse**
*Deputy Superintendent*

Date: 7/12/2012   Time: 8:31 AM

Plaintiff: Equable Ascent Financial, LLC

Plaintiff's Attorney:  Lustig Glaser & Wilson, P.C.
Attorney's telephone number:  (781)449-3000
Defendant:  **John Ridlon aka John P. Ridlon**
Book: 28835 Page: 27

Court of Issue: QUINCY (DISTRICT)   Execution # 1156SC004442

Grant to John P. Ridlon, of Weymouth, Massachusetts,

with quitclaim covenants, for One Dollar ($1.00)

. The land in that part of Weymouth, Norfolk County, Massachusetts, known as South
Weymouth, as shown on Plan entitled "Compiled Plan of Land in Weymouth, Norfolk
County, Massachusetts", dated March 13, 1990, Scale 1" = 20', prepared for Sinforosa
McGlynn by Anderson Surveys, Inc. 800 High Street, Hanson, MA 02341, filed as No.
320 of 1990 Plan Book 391 with the buildings thereon bounded and described as follows:

| | |
|---|---|
| EASTERLY | by Main Street, seventy-five (75) feet; |
| SOUTHERLY | by other land of the grantor, one hundred forty-one (141) feet; |
| WESTERLY | by other land of the grantor, ninety (90) feet; and |
| NORTHERLY | by land now or formerly of Alice M. Mooney, one hundred forty-four (144) feet. |

By virtue of the attached execution, the original of which is in my hands for the purpose of
taking the above described real estate, I have this day levied upon, seized and taken all right,
title and interest that the within named Judgment Debtor had in such real estate in Norfolk

Attached is a true copy of this execution on the above so much of my return as relates to the
levying upon, seizure, and taking of this real estate on the execution.

Deputy Sheriff
Jacket: 12013058

Visit us at www.norfolkcivil.com

| **EXECUTION** | DOCKET NUMBER 201056CV003448 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME  MIDLAND FUNDING LLC AS ASSIGNEE FOR CHASE BANK USA NA  vs.  JOHN RIDLON

C46639

| JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED P01   MIDLAND FUNDING LLC  AS ASSIGNEE FOR  CHASE BANK USA NA | CURRENT COURT Quincy District Court 1 Dennis Ryan Parkway Quincy, MA 02169-5348 (617) 471-1650 |
|---|---|

JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE
P01  STEPHEN A. WIENER
     LAW OFFICES OF HOWARD LEE SCHIFF PC
     340 MAIN STREET
     SUITE 959
     WORCESTER, MA 01608-0613

Bk 28709 Pg498   #31966
04-01-2011 @ 01:57p

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA

JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED
D01  JOHN RIDLON
     1639 MAIN ST
     WEYMOUTH, MA 02190

CERTIFY
_Willn. P. O'Donnell_
WILLIAM P. O'DONNELL, REGISTER

TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. c. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) named above has recovered judgment against the judgment debtor named above in the amount shown below.

WE COMMAND YOU, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| 1. Judgment Total | | $8,262.11 |
|---|---|---|
| 2. Date Judgment Entered | | 02/23/2011 |
| 3. Date Execution Issued | | 03/08/2011 |
| 4. Number of Days from Judgment to Execution *(Line 3 - Line 2)* | A TRUE COPY, ATTEST: | 13 |
| 5. Annual Postjudgment Interest Rate of 12.00% / 365 = Daily Interest Rate | DEPUTY SHERIFF | 0.032877% |
| 6. Postjudgment Interest from Judgment to Execution *(Lines 1x4x5)* | DATE | $35.31 |
| 7. Postjudgment Costs *(if any)* | | $0.00 |
| 8. Credits *(if any)* | | $0.00 |
| 9.  **EXECUTION TOTAL** *( Lines 1 + 6 + 7, minus Line 8)* | | $8,297.42 |
| LEVYING OFFICER:     (a) Add daily interest from date execution issued. | | |
|                            (b) Add your fees as provided by law: | | |

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| WITNESS:     Hon. Mark S. Coven | 03/08/2011 | X _(signature)_ |

Date/Time Printed:  03/08/2011 09:29 AM

FORM NO.

Bk 28709 Pg499 #31966



**Michael G. Bellotti**
Sheriff

*The Commonwealth of Massachusetts*
*County of Norfolk*
**SHERIFF'S DEPARTMENT**
Division of Civil Process

2015 Washington Street
P.O. Box 859215
Braintree, MA 02185-9215
Tel. (781) 326-1787 • Fax (781) 326-0288



Jeffrey J. Nourse
*Deputy Superintendent*

Date: 4/1/2011    Time: 8:47AM

Plaintiff: Midland Funding LLC as assignee for Chase Bank USA NA

Plaintiff's Attorney:  Howard Lee Schiff PC
Attorney's telephone number:  (508)753-9991
Defendant:  **John Ridlon**
**Book: 24635  Page: 481**

Court of Issue: QUINCY (DISTRICT)    Execution # 201056CV003448

The land in that part of Weymouth, Norfolk County, Massachusetts, known as South
Weymouth, as shown on Plan entitled "Compiled Plan of Land in Weymouth, Norfolk
County, Massachusetts", dated March 13, 1990, Scale 1" = 20', prepared for Sinforosa
McGlynn by Anderson Surveys, Inc. 800 High Street, Hanson, MA 02341, filed as No.
320 of 1990 Plan Book 391 with the buildings thereon bounded and described as follows:

EASTERLY        by Main Street, seventy-five (75) feet;

SOUTHERLY       by other land of the grantor, one hundred forty-one (141) feet;

WESTERLY        by other land of the grantor, ninety (90) feet; and

NORTHERLY       by land now or formerly of Alice M. Mooney, one hundred forty-
                four (144) feet.

By virtue of the attached execution, the original of which is in my hands for the purpose of
taking the above described real estate, I have this day levied upon, seized and taken all right,
title and interest that the within named Judgment Debtor had in such real estate in Norfolk
County.
Attached is a true copy of this execution on the above so much of my return as relates to the
levying upon, seizure, and taking of this real estate on the execution.

Deputy Sheriff
Jacket: 11006176

**Visit us at www.norfolkcivil.com**

Printed on Recycled Paper

Bk 28835 Pg27 #50281
05-31-2011 @ 01:19p

## QUITCLAIM    DEED

We, Kimberly C. Craig and John P. Ridlon, of Weymouth, Massachusetts,

Grant to John P. Ridlon, of Weymouth, Massachusetts,

with quitclaim covenants, for One Dollar ($1.00)

The land in that part of Weymouth, Norfolk County, Massachusetts, known as South Weymouth, as shown on Plan entitled "Compiled Plan of Land in Weymouth, Norfolk County, Massachusetts", dated March 13, 1990, Scale 1" = 20', prepared for Sinforosa McGlynn by Anderson Surveys, Inc. 800 High Street, Hanson, MA 02341, filed as No. 320 of 1990 Plan Book 391 with the buildings thereon bounded and described as follows:

EASTERLY          by Main Street, seventy-five (75) feet;

SOUTHERLY      by other land of the grantor, one hundred forty-one (141) feet;

WESTERLY        by other land of the grantor, ninety (90) feet; and

NORTHERLY     by land now or formerly of Alice M. Mooney, one hundred forty-four (144) feet.

Being the same land conveyed to us by deed of Deutsche Bank National Trust Company dated March 7, 2007, and recorded with Norfolk County Registry of Deeds, Book 24635, Page 481.

Witness our hands and seals this 23ʳᵈ day of May, 2011.

*Kimberly C. Craig*

May 27, 2011                                                      Norfolk, SS

Then personally appeared before me the above named affiants, provided identification by way of driver's license, and made oath that the foregoing is their free act and deed.

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA

CERTIFY

*William P. O'Donnell*
WILLIAM P. O'DONNELL, REGISTER

Notary Public
My commission expires 2/21/2014

SUMNER B. GILLETTE
ATTORNEY AT LAW
1359 Hancock Street
Quincy, MA 02169

SUMNER B. GILLETTE
NOTARY PUBLIC

Property address: 1639 Main Street, Weymouth, Massachusetts

# Comparative Market Analysis

To establish market value of

## 1639 Main Street
## Weymouth, MA

**Prepared for John Ridlon**
**By Nicholas Gomes**

# Contents of this
# Comparative Market Analysis
**Prepared for John Ridlon**

- Cover Page
- Subject Property Report
- Market Analysis Summary
- Comparable Property Reports
- Side by Side Property Comparisons (3-up)
- Current/Pending Properties Graph
- Sold Properties Graph
- Pricing Adjustment per Property (Appraisal Style)
- Suggested Sales Price
- Pricing Analysis ($/Sq.Ft.)
- Estimated Net Proceeds of Sale (Net Sheet)

**Subject Property**
Prepared for John Ridlon

# 1639 Main Street
# Weymouth, MA

Bedrooms :

Bathrooms :

Living Area (Square Feet) :

Lot Size (Square Feet) :

Year Built :

Property Features :

# Market Analysis Summary
### Prepared for John Ridlon

## Properties Currently For Sale

Number of Properties: 1
Price Range: $260,000 to $260,000
Average Price: $260,000
Median Price: $260,000

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price |
|---|---|---|---|---|---|---|---|
| 342 Middle Street | Weymouth, MA | 3 | 2 | 0 | 1488 | 42 | $260,000 |

# Market Analysis Summary
### Prepared for John Ridlon

# Properties Currently Under Contract

Number of Properties: 3
Price Range: $150,000 to $249,900
Average Price: $206,633
Median Price: $220,000

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price |
|---------|------|------|------|------|-----------|--------|-----------|
| 320 Essex St | Weymouth, MA | 3 | 1 | 0 | 1131 | 6 | $150,000 |
| 56 Johnson Road | Weymouth, MA | 3 | 1 | 0 | 1026 | 23 | $220,000 |
| 20 Keith St | Weymouth, MA | 4 | 1 | 0 | 1767 | 19 | $249,900 |

# Market Analysis Summary
### Prepared for John Ridlon

## Properties Recently Sold

Number of Properties: 3
Price Range: $200,000 to $285,000
Average Price: $252,667
Median Price: $273,000

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price | Sale Price | SP% of LP |
|---------|------|------|------------|------|---------------------------|----------------|------------|------------|-----------|
| 22 Walker St | Weymouth, MA | 3 | 1 | 0 | 1461 | 28 | $199,900 | $200,000 | 100% |
| 81 Forest Street | Weymouth, MA | 3 | 1 | 0 | 1467 | 26 | $292,900 | $273,000 | 93% |
| 20 Saint Anne Rd | Weymouth, MA : Jackson Square | 3 | 1 | 0 | 1152 | 12 | $299,000 | $285,000 | 95% |

## Property Descriptions
### Prepared for John Ridlon

**342 Middle Street**
**Weymouth, MA  02189**
**Single Family**



| | |
|---|---|
| MLS #: **72305533** | Status: **Active** |
| List Price: **$260,000** | |
| List Date: **4/9/2018** | |
| Area: | Off Market Date: |
| List$/SqFt: **$174.73** | |
| Days on Market (Total): **42** | Days on Market (Office): **42** |

### Property Features

| | |
|---|---|
| Rooms: **6** | Style: **Front to Back Split** |
| Bedrooms: **3** | Type: **Detached** |
| Baths: **2f 0h** | Apprx Acres: **0.36** |
| Master Bath: | Apprx Lot Size: **15507 sq.ft.** |
| Fireplaces: **1** | Apprx Living Area: **1488 sq.ft.** |
| Year Built: **1960** | Foundation Size: **36x26+2 (Poured Concrete)** |
| Color: **Blue** | Garage: **0**  -- |
| Parking: **2   Off-Street** | |
| Handicap Access/Features: | |

### Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | -- |
| Kitchen: | 1 | | -- |
| Master Bedroom: | 2 | | -- |
| Bedroom 2: | 2 | | -- |
| Bedroom 3: | 2 | | -- |
| Bath 1: | 2 | | -- |
| Bath 2: | B | | -- |
| Laundry: | B | | -- |
| Play Room: | B | | -- |

### Features & Other Information

Appliances: **Range, Dishwasher**
Area Amenities: **Shopping, Highway Access, Public School**
Basement: **Yes Walk Out**
Construction: **Frame**
Cooling: **None**
Exclusions:
Exterior: **Shingles**
Heating: **Forced Air**
Hot Water: **Natural Gas**
Lead Paint: **Unknown**
Road Type: **Public, Paved, Publicly Maint.**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**   Water View: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

### Remarks

**Home being sold in as is condition. Ideal for contractors. Subject to obtaining a license to sell and Mass Health. This process could take a little time. No showings until further notice.**

### Tax Information

| | |
|---|---|
| **2018** Taxes: **$3690.56**   Assessment: **$292,600** | Cert:    Zoning Code: **Res** |
| Pin #: | Map:   Block:  Lot:   Book: **86222**  Page: **0** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2018 MLS Property Information Network, Inc.

# Property Descriptions
### Prepared for John Ridlon

**320 Essex St**
**Weymouth, MA  02188-4228**
**Single Family**

| | |
|---|---|
| MLS #: **72324889** | Status: **Under Agreement** |
| List Price: **$150,000** | |
| List Date: **5/10/2018** | Ant. Sale Date: **6/15/2018** |
| Area: | Off Market Date: **5/16/2018** |
| List$/SqFt: **$132.63** | |
| Days on Market (Total): **6** | Days on Market (Office): **6** |



## Property Features

| | |
|---|---|
| Rooms: **7** | Style: **Cape** |
| Bedrooms: **3** | Type: **Detached** |
| Baths: **1f 0h** | Apprx Acres: **0.24** |
| Master Bath: **No** | Apprx Lot Size: **10498 sq.ft.** |
| Fireplaces: **0** | Apprx Living Area: **1131 sq.ft.** |
| Year Built: **1940** | Foundation Size: **(Concrete Block)** |
| Color: **yellow** | Garage: **0**  -- |
| Parking: **3   Off-Street** | |
| Handicap Access/Features: | |

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | -- |
| Dining Room: | 1 | | -- |
| Kitchen: | 1 | | -- |
| Master Bedroom: | 2 | | -- |
| Bedroom 2: | 2 | | -- |
| Bedroom 3: | 2 | | -- |
| Laundry: | 1 | | -- |
| Den: | 2 | | -- |

## Features & Other Information

Area Amenities: **Public Transportation**
Basement: **Yes Partial, Crawl, Bulkhead, Dirt Floor, Unfinished Basement**
Construction: **Frame**
Cooling: **None**
Electric: **Circuit Breakers, 100 Amps**
Exclusions:
Exterior: **Vinyl**
Heating: **Hot Water Radiators, Oil**
Hot Water: **Oil, Tankless**
Lead Paint: **None**
Road Type: **Public, Paved, Publicly Maint.**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**   Water View: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

## Remarks

**CASH BUYERS ONLY, CONTRACTORS SPECIAL! THIS PROPERTY IS BEING SOLD AS IS! BUYER IS RESPONSIBLE FOR ANY AND ALL INSPECTIONS AND/OR PERMITS INCLUDING BUT NOT LIMITED TOO SMOKE & CO2 DETECTOR PERMITS. THIS PROPERTY IS MOST LIKELY A TEAR DOWN , REQUIRES EXTENSIVE WORK. NOT FINANCEABLE, CASH BUYERS ONLY! BUYER AND/OR BUYERS AGENT TO CONDUCT THEIR OWN DUE DILLIGENCE TO VERIFY ANY AND ALL INFO.The sellers have instructed me to advise you of the situation You are in a multiple offer situation. The seller has requested that you submit your highest and best offer by 2 PM, Wednesday May 16, 2018.**

## Tax Information

| | | |
|---|---|---|
| **2018** Taxes: **$3396**   Assessment: **$271,700** | Cert: | Zoning Code: **M-2** |
| Pin #: **M:21 B:286 L:017** | Map:   Block:   Lot:   Book: **4822**   Page: **469** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2018 MLS Property Information Network, Inc.

# Property Descriptions
## Prepared for John Ridlon

**56 Johnson Road**
**Weymouth, MA  02191**
**Single Family**

| | |
|---|---|
| MLS #: **72277843** | Status: **Under Agreement** |
| List Price: **$220,000** | |
| List Date: **2/4/2018** | Ant. Sale Date: **6/30/2018** |
| Area: | Off Market Date: **2/26/2018** |
| List$/SqFt: **$214.42** | |
| Days on Market (Total): **23** | Days on Market (Office): **23** |



## Property Features

| | |
|---|---|
| Rooms: **6** | Style: **Bungalow** |
| Bedrooms: **3** | Type: **Detached** |
| Baths: **1f 0h** | Apprx Acres: **0.19** |
| Master Bath: | Apprx Lot Size: **8407 sq.ft.** |
| Fireplaces: **0** | Apprx Living Area: **1026 sq.ft.** |
| Year Built: **1925** | Foundation Size: **(Poured Concrete)** |
| Color: | Garage: **1** -- |
| Parking: **1** -- | |
| Handicap Access/Features: | |

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | Chair Rail |
| Dining Room: | 1 | | Flooring - Hardwood |
| Kitchen: | 1 | | -- |
| Master Bedroom: | 1 | | Closet |
| Bedroom 2: | 1 | | Closet |
| Bedroom 3: | 1 | | Closet |
| Laundry: | B | | -- |

## Features & Other Information

Basement: **Yes**
Construction: **Frame**
Cooling: **None**
Exclusions:
Heating: **Steam**
Lead Paint: **Unknown**
Road Type: **Public**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**
Short Sale w/Lndr.App.Req: **Yes**
Lender Owned: **No**

## Remarks

**Attention: This is an attempt to facilitate a short sale. Third party approval is needed. Buyer responsible for emptying contents after occupants move. Home will require extensive work to restore. Home is sold "AS IS" - Buyer to do their due diligence. **This home may not qualify for all types of financing**. Possible asbestos tiles in basement. Issues with heating system remaining operable. Some remaining standing water in basement. Age or roof unknown, older windows.**

## Tax Information

| | | | |
|---|---|---|---|
| **2017** Taxes: **$3271** | Assessment: **$255,400** | Cert: | Zoning Code: **R2** |
| Pin #: | | Map:  Block:  Lot:  Book: **18073**  Page: **253** | |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2018 MLS Property Information Network, Inc.

# Property Descriptions
## Prepared for John Ridlon

**20 Keith St**
**Weymouth, MA  02188-2513**
**Single Family**

| | |
|---|---|
| MLS #: **72264493** | Status: **Under Agreement** |
| List Price: **$249,900** | |
| List Date: **12/15/2017** | Ant. Sale Date: **5/24/2018** |
| Area: | Off Market Date: **1/2/2018** |
| List$/SqFt: **$141.43** | |
| Days on Market (Total): **19** | Days on Market (Office): **19** |



## Property Features

Rooms: **8**
Bedrooms: **4**
Baths: **1f 0h**
Master Bath:
Fireplaces: **0**
Year Built: **1928**
Color: **Yellow**
Parking: **2   Off-Street**
Handicap Access/Features: **No**

Style: **Colonial**
Type: **Detached**
Apprx Acres: **0.16**
Apprx Lot Size: **6926 sq.ft.**
Apprx Living Area: **1767 sq.ft.**
Foundation Size: **(Fieldstone, Granite)**
Garage: **0**   --

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| | | | |

## Features & Other Information

Area Amenities: **Public Transportation, Shopping, Park, Medical Facility, Laundromat, Highway Access, House of Worship, Public School, T-Station**
Basement: **Yes Full, Partial, Partially Finished**
Construction: **Frame**
Cooling: **None**
Exclusions:
Exterior: **Vinyl**
Heating: **Forced Air, Gas**
Lead Paint: **Unknown**
Road Type: **Public**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**   Water View: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

## Remarks

**Attention Investors, contractors, and builders! Great opportunity to renovate or tear down and build new. Prime location only minutes to the new Weymouth Landing. Excellent corner lot in nice, quiet neighborhood. Not for the faint of heart, but will be well worth the effort! Will not qualify for conventional, FHA, and VA financing.**

## Tax Information

**2017** Taxes: **$3375**   Assessment: **$263,500**
Pin #: **M:20 B:266 L:016**

Cert:     Zoning Code: **R-3**
Map:   Block:   Lot:   Book: **265**   Page: **118**

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2018 MLS Property Information Network, Inc.

# Property Descriptions
## Prepared for John Ridlon

**22 Walker St**
**Weymouth, MA  02188-2521**
**Single Family**



| | |
|---|---|
| MLS #: **72220698** | Status: **Sold** |
| List Price: **$199,900** | Sale Price: **$200,000** |
| List Date: **8/30/2017** | Sale Date: **1/5/2018** |
| Area: | Off Market Date: **9/26/2017** |
| List$/SqFt: **$136.82** | Sold$/SqFt: **$136.89** |
| Days on Market (Total): **28** | Days on Market (Office): **28** |

## Property Features

| | |
|---|---|
| Rooms: **7** | Style: **Colonial** |
| Bedrooms: **3** | Type: **Detached** |
| Baths: **1f 0h** | Apprx Acres: **0.16** |
| Master Bath: **No** | Apprx Lot Size: **6795 sq.ft.** |
| Fireplaces: **0** | Apprx Living Area: **1461 sq.ft.** |
| Year Built: **1868** | Foundation Size: **white (Fieldstone)** |
| Color: | Garage: **0** -- |
| Parking: **2   Off-Street** | |
| Handicap Access/Features: | |

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | -- |
| Dining Room: | 1 | | -- |
| Kitchen: | 1 | | -- |
| Master Bedroom: | 2 | | -- |
| Bedroom 2: | 2 | | -- |
| Bedroom 3: | 2 | | -- |
| Bath 1: | 1 | | -- |
| Bath 2: | 2 | | -- |
| Den: | 1 | | -- |

## Features & Other Information

Area Amenities: **Public Transportation, Shopping, Park, Medical Facility, Laundromat, Highway Access, House of Worship, Private School, Public School, T-Station**
Basement: **Yes Crawl**
Construction: **Frame**
Cooling: **Window AC**
Exclusions:
Exterior: **Aluminum**
Heating: **Hot Water Baseboard**
Lead Paint: **Unknown**
Road Type: **Public, Publicly Maint.**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**   Water View: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

## Remarks

**HIGHEST AND BEST OFFER DUE AT NOON ON THURSDAY, SEPTEMBER 7th. Attention Cash Buyers, Contractors and Flippers;** this may be the project you have been waiting for. Seven room, three bedroom, one bath New England Colonial located on a quiet dead end street. Total rehab needed or tear it down and put up a brand new home. Home is sold in "As Is" condition. It will be the responsibility of the Buyer to "clean out" the property. Will not Qualify for FHA, VA, and most Conventional financing. Sale is subject to the approval of the Quincy District Court. The adjacent lot (MLS # 72220700) is for sale "as is".

## Tax Information

| | | |
|---|---|---|
| **2017** Taxes: **$3383**   Assessment: **$264,100** | Cert:   Zoning Code: **R-3** | |
| Pin #: **M:20 B:269 L:040** | Map:   Block:   Lot:   Book: **1353**   Page: **120** | |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2018 MLS Property Information Network, Inc.

# Property Descriptions
### Prepared for John Ridlon

**81 FOREST STREET**
**Weymouth, MA  02190**
**Single Family**

MLS #: **72266204**
List Price: **$292,900**
List Date: **12/27/2017**
Area:
List$/SqFt: **$199.66**
Days on Market (Total): **26**
Neighborhood/Sub-Division: **NO CHECKS WITH OFFERS**

Status: **Sold**
Sale Price: **$273,000**
Sale Date: **5/1/2018**
Off Market Date: **1/22/2018**
Sold$/SqFt: **$186.09**
Days on Market (Office): **26**



## Property Features

Rooms: **7**
Bedrooms: **3**
Baths: **1f 0h**
Master Bath:
Fireplaces: **1**
Year Built: **1948**
Color:
Parking: **1**  --
Handicap Access/Features:

Style: **Other (See Remarks)**
Type: **Detached**
Apprx Acres: **0**
Apprx Lot Size: **0 sq.ft.**
Apprx Living Area: **1467 sq.ft.**
Foundation Size: **(Other (See Remarks))**
Garage: **1**  --

## Room Descriptions

| Room | Level | Size | Features |
|------|-------|------|----------|

## Features & Other Information

Basement: **Yes**
Cooling: **None**
Exclusions: **If you are allergic to discoloration please do not enter the property without a breathing device**
Heating: **Other (See Remarks)**
Lead Paint: **Unknown**
Living Area Disclosures: **BUYERS MUST be accompanied by LICENSED brokers at all times for all showings and inspections**
Sewer Utilities: **Private Sewerage - Title 5: Failed**
Water Utilities: **Other (See Remarks)**
Waterfront: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **Yes**

## Remarks

CONTRACTORS SPECIAL! Live in one of Weymouth most sought after areas! Rare opportunity to own a lovely single-family on a corner lot located within just a short drive to South Shore Hospital, Rt 3 highway to Boston or Cape Cod, South Weymouth Commuter rail station, shopping, restaurants and houses of worship.- Come take a look, it won't last! This home has Tons of potential "diamond in the rough". This property is CORPORATE OWNED, and therefore caution should be exercised by brokers and their clients during any entry and inspection of the premises." From the moment you pull up you will feel at home. Whether it is the perfect neighborhood feel, the fantastic commuter location has something to offer everyone so don't walk, run to see this home! REASONABLE OFFERS CONSIDERED!BROKERS WELCOME! property must be on the market 5 business days before seller will respond do not walk around the property without appointment-

## Tax Information

**2017** Taxes: **$3893**   Assessment: **$303,900**
Pin #: **48-546-23**

Cert:   Zoning Code: **UNKNOWN**
Map:   Block:  Lot:   Book: **0**  Page: **0**

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2018 MLS Property Information Network, Inc.

# Property Descriptions
### Prepared for John Ridlon

**20 Saint Anne Rd**
**Weymouth, MA  02189-1724**
**Single Family**



| | |
|---|---|
| MLS #: **72253385** | Status: **Sold** |
| List Price: **$299,000** | Sale Price: **$285,000** |
| List Date: **11/8/2017** | Sale Date: **1/9/2018** |
| Area: **Jackson Square** | Off Market Date: **11/20/2017** |
| List$/SqFt: **$259.55** | Sold$/SqFt: **$247.40** |
| Days on Market (Total): **12** | Days on Market (Office): **12** |

## Property Features

| | |
|---|---|
| Rooms: **6** | Style: **Ranch** |
| Bedrooms: **3** | Type: **Detached** |
| Baths: **1f 0h** | Apprx Acres: **0.18** |
| Master Bath: | Apprx Lot Size: **7623 sq.ft.** |
| Fireplaces: **1** | Apprx Living Area: **1152 sq.ft.** |
| Year Built: **1952** | Foundation Size: **(Poured Concrete)** |
| Color: | Garage: **0**  -- |
| Parking: **2   Off-Street** | |
| Handicap Access/Features: | |

## Room Descriptions



| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | -- |
| Family Room: | 1 | | -- |
| Kitchen: | 1 | | -- |
| Master Bedroom: | 1 | | -- |
| Bedroom 2: | 1 | | -- |
| Bedroom 3: | 1 | | -- |

## Features & Other Information

Appliances: **Dishwasher, Microwave, Countertop Range, Washer, Dryer**
Area Amenities: **Public Transportation, Shopping, Tennis Court, Park, Walk/Jog Trails, Golf Course, Medical Facility, Laundromat, Bike Path, Conservation Area, Highway Access, House of Worship, Public School, T-Station**
Basement: **Yes Full, Partially Finished, Walk Out**
Construction: **Frame**
Cooling: **None**
Electric: **Circuit Breakers**
Exclusions:
Exterior: **Vinyl**
Exterior Features: **Deck, Gutters, Fenced Yard**
Heating: **Forced Air, Gas**
Hot Water: **Natural Gas**
Lead Paint: **Unknown**
Road Type: **Public, Paved**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**   Water View: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

## Remarks

Fantastic opportunity to own a home in Weymouth for under 300 thousand. Ranch Home on side street location with a good size fenced back yard near commuter train stop. The price reflects work needed and it will not last long. Great layout with 3 bedrooms, living room and family room. Full basement with finished room and walk out to fenced back yard. More room for future expansion in the dry basement. This house has great potential to flip or keep and build some great immediate equity. New roof, hot water heater, and vinyl siding. Wood stove and gas forced hot air heat. Sold as is.

## Tax Information

**2017** Taxes: **$3504**   Assessment: **$273,500**
Pin #: **M:14 B:166 L:036**

Cert:   Zoning Code: **R-2**
Map:   Block:   Lot:   Book: **755**   Page: **152**

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2018 MLS Property Information Network, Inc.

# Property Comparisons
## Prepared for John Ridlon

  

| | 342 Middle Street Weymouth, MA 02189 | 320 Essex St Weymouth, MA 02188 | 56 Johnson Road Weymouth, MA 02191 |
|---|---|---|---|
| MLS # | 72305533 | 72324889 | 72277843 |
| Status | Active | Under Agreement | Under Agreement |
| List Price | $260,000 | $150,000 | $220,000 |
| Sale Price | | | |
| List Date | 4/9/2018 | 5/10/2018 | 2/4/2018 |
| Off Market Date | | 5/16/2018 | 2/26/2018 |
| Sale Date | | | |
| Days on Market | 42 | 6 | 23 |
| Style | Front to Back Split | Cape | Bungalow |
| Bedrooms | 3 | 3 | 3 |
| Full Baths | 2 | 1 | 1 |
| Half Baths | 0 | 0 | 0 |
| Total Rooms | 6 | 7 | 6 |
| Square Feet | 1488 | 1131 | 1026 |
| Acres | 0.36 | 0.24 | 0.19 |
| Lot Size (sq.ft.) | 15507 | 10498 | 8407 |
| Year Built | 1960 | 1940 | 1925 |
| Fireplaces | 1 | 0 | 0 |
| Garage Spaces | 0 | 0 | 1 |
| Garage Desc | | | |
| Basement Desc | Walk Out | Partial, Crawl, Bulkhead, Dirt | |
| Int. Features | | | |
| Ext. Features | | | |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | | |
| Assessed Value | $292,600 | $271,700 | $255,400 |
| Taxes | $3,690.56 | $3,396 | $3,271 |
| Tax Year | 2018 | 2018 | 2017 |

# Property Comparisons
### Prepared for John Ridlon

  

| | 20 Keith St Weymouth, MA 02188 | 22 Walker St Weymouth, MA 02188 | 81 Forest Street Weymouth, MA 02190 |
|---|---|---|---|
| MLS # | 72264493 | 72220698 | 72266204 |
| Status | Under Agreement | Sold | Sold |
| List Price | $249,900 | $199,900 | $292,900 |
| Sale Price | | $200,000 | $273,000 |
| List Date | 12/15/2017 | 8/30/2017 | 12/27/2017 |
| Off Market Date | 1/2/2018 | 9/26/2017 | 1/22/2018 |
| Sale Date | | 1/5/2018 | 5/1/2018 |
| Days on Market | 19 | 28 | 26 |
| Style | Colonial | Colonial | Other (See Remarks) |
| Bedrooms | 4 | 3 | 3 |
| Full Baths | 1 | 1 | 1 |
| Half Baths | 0 | 0 | 0 |
| Total Rooms | 8 | 7 | 7 |
| Square Feet | 1767 | 1461 | 1467 |
| Acres | 0.16 | 0.16 | 0 |
| Lot Size (sq.ft.) | 6926 | 6795 | 0 |
| Year Built | 1928 | 1868 | 1948 |
| Fireplaces | 0 | 0 | 1 |
| Garage Spaces | 0 | 0 | 1 |
| Garage Desc | | | |
| Basement Desc | Full, Partial, Partially Finished | Crawl | |
| Int. Features | | | |
| Ext. Features | | | |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | Ocean | |
| Assessed Value | $263,500 | $264,100 | $303,900 |
| Taxes | $3,375 | $3,383 | $3,893 |
| Tax Year | 2017 | 2017 | 2017 |

# Property Comparisons
### Prepared for John Ridlon



**20 Saint Anne Rd**
**Weymouth, MA 02189**

| | |
|---|---|
| MLS # | 72253385 |
| Status | Sold |
| List Price | $299,000 |
| Sale Price | $285,000 |
| List Date | 11/8/2017 |
| Off Market Date | 11/20/2017 |
| Sale Date | 1/9/2018 |
| Days on Market | 12 |
| Style | Ranch |
| Bedrooms | 3 |
| Full Baths | 1 |
| Half Baths | 0 |
| Total Rooms | 6 |
| Square Feet | 1152 |
| Acres | 0.18 |
| Lot Size (sq.ft.) | 7623 |
| Year Built | 1952 |
| Fireplaces | 1 |
| Garage Spaces | 0 |
| Garage Desc | |
| Basement Desc | Full, Partially Finished, Walk... |
| Int. Features | |
| Ext. Features | Deck, Gutters, Fenced Yard |
| Sewer & Water | |
| Waterfront | |
| Beach Desc | Lake/Pond, Ocean |
| Assessed Value | $273,500 |
| Taxes | $3,504 |
| Tax Year | 2017 |

## Current/Pending Properties Graph
### Prepared for John Ridlon



| | Address | City | Days on Market | Original Price | Current Price |
|---|---|---|---|---|---|
| 1 | 320 Essex St | Weymouth, MA | 6 | $150,000 | $150,000 |
| 2 | 56 Johnson Road | Weymouth, MA | 23 | $220,000 | $220,000 |
| 3 | 20 Keith St | Weymouth, MA | 19 | $249,900 | $249,900 |
| 4 | 342 Middle Street | Weymouth, MA | 42 | $260,000 | $260,000 |

# Sold Properties Graph
### Prepared for John Ridlon



| | Address | City | Days on Market | List Price | Sale Price |
|---|---|---|---|---|---|
| 1 | 22 Walker St | Weymouth, MA | 28 | $199,900 | $200,000 |
| 2 | 81 Forest Street | Weymouth, MA | 26 | $292,900 | $273,000 |
| 3 | 20 Saint Anne Rd | Weymouth, MA : Jackson Square | 12 | $299,000 | $285,000 |

# Pricing Adjustments per Property
### Prepared for John Ridlon

**Comparable No.1**



342 Middle Street
Single Family - Active
Weymouth, MA 02189
List Price: $260,000
List Date: 4/9/2018
Days on Market: 42

**Comparable No.2**



320 Essex St
Single Family - Under Agreement
Weymouth, MA 02188
List Price: $150,000
List Date: 5/10/2018
Off Market Date: 5/16/2018
Days on Market: 6

**Comparable No.3**



56 Johnson Road
Single Family - Under Agreement
Weymouth, MA 02191
List Price: $220,000
List Date: 2/4/2018
Off Market Date: 2/26/2018
Days on Market: 23

## Adjustments

| Item | Description | +(-) $ Adjustment | Description | +(-) $ Adjustment | Description | +(-) $ Adjustment |
|---|---|---|---|---|---|---|
| Net Adjusted (Total) | | 0 | | 0 | | 0 |
| Adjusted Price | | $260,000 | | $150,000 | | $220,000 |

# Pricing Adjustments per Property
### Prepared for John Ridlon

**Comparable No.4**



20 Keith St
Single Family - Under Agreement
Weymouth, MA 02188
List Price: $249,900
List Date: 12/15/2017
Off Market Date: 1/2/2018
Days on Market: 19

**Comparable No.5**



22 Walker St
Single Family - Sold
Weymouth, MA 02188
List Price: $199,900
Sale Price: $200,000
List Date: 8/30/2017
Off Market Date: 9/26/2017
Sale Date: 1/5/2018
Days on Market: 28

**Comparable No.6**



81 Forest Street
Single Family - Sold
Weymouth, MA 02190
List Price: $292,900
Sale Price: $273,000
List Date: 12/27/2017
Off Market Date: 1/22/2018
Sale Date: 5/1/2018
Days on Market: 26

### Adjustments

| Item | Description | +(-) $ Adjustment | Description | +(-) $ Adjustment | Description | +(-) $ Adjustment |
|---|---|---|---|---|---|---|
| Net Adjusted (Total) | | 0 | | 0 | | 0 |
| Adjusted Price | | $249,900 | | $200,000 | | $273,000 |

# Pricing Adjustments per Property
### Prepared for John Ridlon

**Comparable No.7**



20 Saint Anne Rd
Single Family - Sold
Weymouth, MA:Jackson Square 02189
List Price: $299,000
Sale Price: $285,000
List Date: 11/8/2017
Off Market Date: 11/20/2017
Sale Date: 1/9/2018
Days on Market: 12

**Adjustments**

| Item | Description | +(-) $ Adjustment |
|------|-------------|-------------------|
| Net Adjusted (Total) | | 0 |
| Adjusted Price | | $285,000 |

# Suggested Sales Price
### Prepared for John Ridlon

| | Days on Market | Price |
|---|---|---|
| No. 1 – 342 Middle Street, Weymouth, MA | 42 | $260,000 |
| No. 2 – 320 Essex St, Weymouth, MA | 6 | $150,000 |
| No. 3 – 56 Johnson Road, Weymouth, MA | 23 | $220,000 |
| No. 4 – 20 Keith St, Weymouth, MA | 19 | $249,900 |
| No. 5 – 22 Walker St, Weymouth, MA | 28 | $200,000 |
| No. 6 – 81 Forest Street, Weymouth, MA | 26 | $273,000 |
| No. 7 – 20 Saint Anne Rd, Weymouth, MA | 12 | $285,000 |
| **Indicated Value by Sale Comparison Approach** | **22.29** | **$233,986** |

# Pricing Analysis - Square Foot Price
### Prepared for John Ridlon

Number of Properties: 7
Price Range: $150,000 to $285,000
Median Price: $249,900
Median $ Per Square Foot: $175

| Address | City | Status | Square Feet | $/SqFt | Price |
|---|---|---|---|---|---|
| 320 Essex St | Weymouth, MA | UAG | 1131 | 133 | $150,000 |
| 22 Walker St | Weymouth, MA | SLD | 1461 | 137 | $200,000 |
| 56 Johnson Road | Weymouth, MA | UAG | 1026 | 214 | $220,000 |
| 20 Keith St | Weymouth, MA | UAG | 1767 | 141 | $249,900 |
| 342 Middle Street | Weymouth, MA | ACT | 1488 | 175 | $260,000 |
| 81 Forest Street | Weymouth, MA | SLD | 1467 | 186 | $273,000 |
| 20 Saint Anne Rd | Weymouth, MA | SLD | 1152 | 247 | $285,000 |

# Pricing Scenarios

Median price of properties comparable to yours:                                    $249,900

Predicted Price of your home based on 'cost per square foot':                       $ 0
Based on your property's square footage of **0** and the median cost per square foot listed above as **$175 per sqft.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  **John Ridlon**                    Case No.  **18-12047 – FJB**
                                           Chapter 13

## Instructions to Debtor(s):

A.      Pursuant to MLBR, Appendix 1, Rule 13-4(b), the Debtor(s) or Debtor(s)'s attorney shall cause a copy of the Plan to be served by first class mail or other permitted means upon the Chapter 13 trustee, all creditors of the debtor, all attorneys who have filed a notice of appearance and request service of all pleadings, and other parties in interest (collectively referred to as the "recipients") using this form, Official Local Form 3A ("OLF 3A"). You must list each recipient's name and mailing address in the Certificate of Service.  Do not include account numbers or any personal identifier. See Fed. R. Bankr. P. 9037.

B.      **If in the Plan you request:**
        **(1) to limit, modify, or determine the amount of a secured claim (you checked the box "Included" in Part 1, Line 1.1); and/or**
        **(2) to avoid a judicial lien or nonpossessory, nonpurchase-money security interest (you checked the box "Included" in Part 1, Line 1.2 ),**

        **you must, in addition to serving the Plan as set forth above in Section A and using OLF 3A, ALSO serve a copy of this Plan on the holder(s) of the affected claim(s) and any other entity the Court designates in the manner provided for service in accordance with Fed. R. Bankr. P. 7004, using the Affidavit of Service of Chapter 13 Plan, Official Local Form 3B ("OLF 3B").**

C.      If serving creditors only under Section A, file only OLF 3A with the Court after service is made. If serving creditors also under Section B, you must file both OLF 3A and OLF 3B with the Court after service is made.

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

I/We hereby certify that on July 10, 2018 and in accordance with MLBR, Appendix 1, Rule 13-4(b), I/we served by first class United States mail a copy of this Plan to the on the parties on the attached list.


                                           By the Debtor(s):
                                           **John Ridlon**


                                           **/s/ Richard D. Smleloff**
                                           Richard D. Smeloff
                                           BBO# 567869
                                           Smeloff & Associates
                                           500 Granite Ave
                                           Suite 7 & 8
                                           Milton MA 02186
                                           (617) 690-2124
                                           rsmeloff@msn.com

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126

Bankamerica
4909 Savarese Circle
Tampa, FL 33634

Bankamerica
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801

Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355

Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355

Capital One
PO Box 85520
Richmond, VA 23285

Cingular
PO Box 5083
Carol Stream, IL 60197

Citizens Bank
1 Citizens Drive
Riverside, RI 02915

Citizens Bank
PO Box 42021
Providence, RI 02904

Commonwealth Hematology & Oncology
PO Box 845167
Boston, MA 02284

Convergent Outsourcing
10750 Hammerly Blvd., #200
Houston, TX 77043

Dwyer Oil Company
421 Sea Street
Quincy, MA 02169

Equable Ascent Financial LLC
As Assignee of GE
1120 West Lake Co
Buffalo Grove, IL 60089

GECRB/Bargain Outlet
PO Box 981439
El Paso, TX 79998

Goulet & Company, Inc.
110 Corporate Park Drive
Suite 1845
Pembroke, MA 02359

HSBC
PO Box 5253
Carol Stream, IL 60197

Hunter Warfield
4620 Woodland Corporate Blvd
Tampa, FL 33614

Kay Jewelers
375 Ghen Road
Akron, OH 44333

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201

McDonald Keohane Funderal Home
809 Main Street
South Weymouth, MA 02190

Midland Funding
As Asignee For Chase Bank
8875 Aero Drive
Suite 200
San Diego, CA 92123

National Credit Adjust
327 W 4th Ave.
Hutchinson, KS 67501

National Grid
PO Box 11737
Newark, NJ 07101

Premier Bankcard/Charter
PO Box 2208
Vacaville, CA 95696

Quest Diagnostics
PO Box 740172
Cincinnati, OH 45274

Quincy Credit Union
100 Quincy Ave.
Quincy, MA 02169

Rockland Federal Credit Union
241 Union St
Rockland, MA 02370

Shields MRI
26 Rockway Ave.
Weymouth, MA 02188

South Shore Hospital
55 Fogg Road
South Weymouth, MA 02190

South Shore Regional MRI
55 Christy's Drive
Brockton, MA 02301

Southern NH Radiology Consultants
703 Riverway Place
Bedford, NH 03110

Specialized Loan Servicing
8742 Lucent Blvd, Suite 300
Littleton, CO 80129

Synchrony Bank/ JC Penneys
Po Box 965064
Orlando, FL 32896

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:    **John Ridlon**                                    Case No.   **18-12047 – FJB**
Chapter 13

**Instructions:**

**This form must be used if in the Plan the debtor(s) requests:**

> **(1) to limit, modify, or determine the value of a secured claim (the debtor(s) checked the box
> "Included" in Part 1, Line 1.1); and/or**
> **(2)  to avoid a lien or security interest (the debtor(s) checked the box "Included" in Part 1, Line
> 1.2 ).**

**Service must be made pursuant to Fed. R. Bankr. P. 7004. Please note, service made by personal
service, by residence service, or pursuant state law must be made by a person at least 18 years of age
who is not a party to this proceeding.  Attach hereto a list of the parties served indicating for each
which of the types of service were utilized.**

**AFFIDAVIT OF SERVICE OF CHAPTER 13 PLAN**

I, Richard D. Smeloff certify that service of a copy of this Plan was made on the creditors and in
the manner set forth in the attached list on July 10, 2018.

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and was at all times during the service of a copy of this Plan, not less than 18 years of
age and not a party to the matter concerning which service was made.

I declare that the foregoing is true and correct under penalty of perjury.

Dated:  July 10, 2018                                    **/s/ Richard D. Smleloff**
Richard D. Smeloff
BBO# 567869
Smeloff & Associates
500 Granite Ave
Suite 7 & 8
Milton MA 02186
(617) 690-2124
rsmeloff@msn.com

**CERTIFIED U.S. POSTAL**

**Rockland Federal Credit Union**
**Attn: CEO Thomas White**
**241 Union St**
**Rockland, MA 02370**


**Equable Ascent Financial LLC**
**As Assignee of GE**
**1120 West Lake Co**
**Buffalo Grove, IL 60089**

**Kenneth C Wilson, Esq.**
**Lustig, Glaser & Wilson, P.C.**
**PO Box 549287**
**Waltham, MA 02454**


**Midland Funding**
**As Asignee For Chase Bank**
**8875 Aero Drive**
**Suite 200**
**San Diego, CA 92123**

**Stephen Weiner, Esq.**
**Law Offices of Howard Lee Schiff PC**
**340 Main Street**
**Suite 959**
**Worcester, MA 01608-0613**